UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

*RECEIVED & FILE*
*1999 DEC -8  AM 7: 4*
*CLERK'S OFFICE*
*U S DISTRICT COURT*
*SAN JUAN, P R*

UNITED STATES OF AMERICA
Rural Development

      Plaintiff

        v.

JOSE DELGADO CARABALLO and THE
ESTATE OF CARMEN ARAGONES LOPEZ,
A/K/A CARMEN LUISA ARAGONES
LOPEZ composed by ALFREDO, JOSE
L., GENOVEVA, LINA AND ESPERANZA
all surnames DELGADO ARAGONES,
JOSE DELGADO CARABALLO, husband
of the deceased borrower CARMEN
ARAGONES LOPEZ A/K/A CARMEN
LUISA ARAGONES LOPEZ, as a co-
signer and representative of the
extinct conjugal partnership.

THE ESTATE OF ESPERANZA DELGADO
ARAGONES composed by CARMEN G.,
LUIS AND GRITZA, all surnames
QUILES DELGADO

      Defendants

CIVIL NO. 98-1834(RLA)

FORECLOSURE OF MORTGAGE

---

### ORDER FOR EXECUTION OF JUDGMENT

Upon motion filed by plaintiff herein, and it appearing from the records of this Court in the above mentioned case that the defendant referred to in the judgment entered by this Court was duly summoned and said defendant has failed to pay to the plaintiff the sums of money adjudged to be paid under said judgment:

And it appearing further that more than ten (10) days have elapsed from the entry of Judgment:

NOW, THEREFORE, the Court hereby orders the United States

USA v. José Delgado Caraballo,
Civil No. 98-1834(RLA)
Page 2

Marshal for this District to proceed forthwith and to sell at

public auction to the highest bidder, the property referred to in

said judgment and described herein below in the manner and form

provided in said judgment and as herein further provided:

> URBANA:    Solar número DIECINUEVE (19) bloque A según
> Plano de Inscripción del proyecto denominado Urbanización
> Vista del Río radicado en los Barrios Carreras y Daguey
> del término municipal de Añasco, Puerto Rico.   Dicho
> solar tiene un área de Doscientos Siete Punto Cero Cero
> (207.00) metros cuadrados y colinda por el Norte:   en
> veintites punto cero cero (23.00) metros lineales con el
> lote número veinte (20); por el Sur:  en veintitres punto
> cero cero (23.00) metros lineales con el lote número
> dieciocho (18); por el Este:  en nueve punto cero cero
> (9.00) metros lineales con la calle Número dos (2); por
> el Oeste:   en nueve punto cero cero (9.00) metros
> lineales con la carretera número cuatrocientos cinco
> (405).
>
> Contiene una residencia de una sola planta construída de
> concreto y bloques para una sola familia.

Plaintiff's mortgage is recorded at page 137, volume 219 of

Añasco, property 7682, 1st inscription at the Property Registry of

Mayaguez, Puerto Rico.

a)   Said public sale shall be had at the office of the

Marshal for Superior Court of Puerto Rico, Mayaguez Part, in

accordance with 28 U.S.C. 2001.

b)   Notice of Sale shall be published once a week for at

least four (4) weeks prior to the sale in at least one newspaper of

general circulation in accordance with 28 U.S.C. 2002.

c)   The amount of $37,500.00 shall serve as the minimum

bid for the first public sale.   Should the first public sale fail

USA v. José Delgado Caraballo,
Civil No. 98-1834(RLA)
Page 3

to procure an award or adjudication, two-thirds of the aforementioned amount shall serve as the minimum bid for the second sale.  Should there be no award or adjudication at the second public sale, the basis for the third sale shall be one-half of the amount specified as the minimum bid for the first public sale.  Should there be no award or adjudication in this public sale the same may be awarded to the creditor for the entire amount of the debt if this is equal to or less than the amount of the minimum bid of the third auction, and crediting this amount to the amount owed if it is more.

d)  The United States Marshal shall not accept in payment of the property to be sold anything but United States currency or certified checks in his name, except in case the property is sold and adjudicated to the plaintiff, in which case the amount of the bid made by said plaintiff shall be credited and deducted from its credit; said plaintiff being bound to pay in cash or certified check only any excess of its bid over the secured indebtedness when remaining unsatisfied.

e)  All junior lienholders shall pay in cash or in certified check the total amount of previous liens, and any sum in excess of said previous liens shall be credited to their respective liens.

f)  The United States Marshal may, either personally or

USA v. José Delgado Caraballo,
Civil No. 98-1834(RLA)
Page 4

by some person designated by him to act in his name and his authority, adjourn the sale from time to time, without further publication, but only by order of this Court.

g) Upon the confirmation of said sale by this Court the United States Marshal shall execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

h) The purchaser shall be entitled to the delivery of the property sold and its physical possession and the United States Marshal may deliver said possession through the eviction of the occupant of the property without the need of any further order, in accordance with law.

i) The Property Registrar of the corresponding Property Registry of Puerto Rico shall proceed to the recording of the judicial sale deed in favor of the purchaser, free of any liens subsequent to the date of the execution of the foreclosed mortgage.

SO ORDERED this ___ day of ___December___, 1999.

_____
RAYMOND L. ACOSTA
UNITED STATES DISTRICT JUDGE