IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA            CIVIL NO. 98-1834 (RLA)
Rural Development

    Plaintiff

    vs                                 FORECLOSURE

JOSE DELGADO CARABALLO and THE
ESTATE OF CARMEN ARAGONES LOPEZ,
A/K/A/ CARMEN LUISA ARAGONES
LOPEZ composed by ALFREDO, JOSE
L. GENOVEVA, LINA AND ESPERANZA
all surnames DELGADO ARAGONES,
JOSE DELGADO CARABALLO, husband
of the deceased borrower CARMEN
ARAGONES LOPEZ A/K/A CARMEN
LUISA ARAGONES LOPEZ, as a co-
signer and representative of the
extinct conjugal partnership.

THE ESTATE OF ESPERANZA DELGADO
ARAGONES composed by CARMEN G.
LUIS AND GRITZA, all surnames
QUILES DELGADO.

    Defendants
-----------------------------------------------------------------

ORDER FOR CANCELLATION OF JUNIOR LIEN

    WHEREAS, Upon the Foreclosure of the mortgage executed in favor of Rural Development, an agency and instrumentality for the principal sum $37,500.00 at 10.625% per annum as deed no. 138 before Notary Public Luis Roberto Santos the Special Master appointed herein at a public sale, sold to Carlos Torres Ríos the premises described hereinabove. Said property is recorded in the Registry of Mayaguez, Añasco Section, page 137 of volume number 219, property number 7,682.

    WHEREAS, the following junior lien(s) exist(s) on said property:
    a) Aviso de Demanda, radicado el 7 de julio de 1998, en el Tribunal de Distrito Federal de Puerto Rico, Estados Unidos de América (Rural Development) demandante vs. José Delgado Caraballo



Order                          -2-                    98-1834 (RLA)

y la Sucesión de Carmen Aragones compuesta por: Albredo, José L. Genoveva, Lina y Esperanza Delgado Aragones, demandados, caso civil número 98-1834 (RLA). En dicha demanda se reclama a los demandados el pago de $37,890.99 de principal, más otros gastos, garantizada dicha suma por la hipoteca antes relacionado.

WHEREAS, Said property was sold at public auction for the sum $32,059.00 to Carlos Torres Ríos, which sales as confirmed and which description of said property is as follows:

---**URBANA:** Solar número Diecinueve (19) del bloque A, según Plano de inscripción del proyecto denominado Urbanización Vista del Río radicado en los barrios Carreras y Daguey del término municipal de Añasco, Puerto Rico. Dicho Solar tiene un área de **Doscientos siete cero cero metros cuadrados** (207.00mts), colinda por el **NORTE**, en veintitrés punto cero cero (23.00) metros lineales con lote número veinte (20); por el **SUR**, en veintitrés punto cero cero (23.00) metros lineales con lote número dieciocho (18); por el **ESTE**, en nueve punto cero cero metros (9.00) lineales con la calle número dos (2) y por el **OESTE**, en nueve punto cero cero (9.00) metros lineales con la carretera número cuatrocientos cinco (405).-------------------------------------------------

---Contiene una residencia de una sola planta construida de concreto y bloques para una sola familia.--
-------------------------------------------------------------------------------------

---Inscrita al folio ciento treinta y siete (137), del Tomo doscientos diecinueve (219) de Añasco, finca número siete mil seiscientos ochenta y dos (7,682), primera Inscripcion, del Registro de la Propiedad de Mayaguez, Puerto Rico.------------------------------------------------------------------

WHEREAS: Having complied with all the requirements of law, the purchaser Carlos Torres Ríos, and, are entitled to have the above mentioned Junior Lien(s) duly cancelled in the Registry of property.

WHEREFORE, it is ordered by this Court that the Registrar of Property of Mayaguez, Añasco section, proceed to cancel the aforesaid Junior Lien(s), or in the event said Junior lien(s) has not been registered, deny the same together with any and all entries made subsequent to the annotation of the complaint in this case.

Order junior liens                -3-                98-1834 (RLA)

      The clerk of this Court is hereby ordered to issue a Writ directed to the Registrar of Property of Mayaguez, Añasco section, so that the said public official complies with said Order.

San Juan, Puerto Rico, this 8th of February 2002.

                                            UNITED STATES DISTRICT JUDGE
                                            RAYMOND L. ACOSTA